# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

Latricia M. Grier

Case No. 09-79766
Chapter 7
Honorable Phillip J. Shefferly

                Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $3.31 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Boulder Credit Services<br>3290 W. Big Beaver Road<br>Troy, MI 48084 | 1 | $2.07 |
| Auto Owners Insurance Agency<br>6101 Anacapri Blvd.<br>Lansing, MI 48917 | 3 | $2.97 |

Date: January 12, 2011

/s/ CHARLES J. TAUNT
CHARLES J. TAUNT, Trustee
700 East Maple Road
2nd Floor
Birmingham, MI 48009
(248) 647-1127